FILE COPY



BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

October 1, 2015

Donna Christie
Attorney at Law
612 S. Van Buren
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

Randall C. Sims
District Attorney
501 S. Fillmore, Suite 5A
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-15-00322-CR, 07-15-00323-CR
Trial Court Case Number: 69690-D, 70702-D

**Style:** Malcolm Brown v. The State of Texas

Dear Counsel:

The following was filed Thursday, October 01, 2015, in the captioned appeal:

Reporter's Record (1 volume)

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc: Honorable Don R. Emerson (DELIVERED VIA E-MAIL)
Jill Zimmer (DELIVERED VIA E-MAIL)